Paul D. Powell, Esq. (SBN 7488)
Ryan T. O'Malley, Esq. (SBN 12461)
Tom W. Stewart, Esq. (SBN 14280)
**THE POWELL LAW FIRM**
8918 Spanish Ridge Avenue, Suite 100
Las Vegas, Nevada 89148
paul@tplf.com | romalley@tplf.com | tom@tplf.com
Phone 702.728.5500 | Fax 702.728.5501
*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| CYNTHIA HOUSTON, individually,<br><br>Plaintiff,<br><br>vs.<br><br>GEICO CASUALTY COMPANY, a foreign corporation; DOES I-X, inclusive; and ROE CORPORATIONS I-X, inclusive,<br><br>Defendants. | Case No.: 2:20-cv-01505-GMN-BNW<br><br>**STIPULATION TO EXTEND TIME TO OPPOSE DEFENDANT'S MOTION TO COMPEL PLAINTIFF'S EXECUTED MEDICAL AUTHORIZATIONS (ECF NO. 22)**<br><br>**(FIRST REQUEST)** |

Cynthia Houston ("Plaintiff") and GEICO Casualty Company ("Defendant") stipulate to extend the time for Plaintiff to oppose Defendant's Motion to Compel Plaintiff's Executed Medical Authorizations, ECF No. 22. Tom W. Stewart has been the attorney principally involved in representing Plaintiff in this case. In the early morning hours of May 17, 2021, Mr. Stewart's wife gave birth to their first child, a healthy baby girl. This happy development has placed sudden and unexpected demands on Mr. Stewart's schedule, thereby occasioning this request for a brief extension to oppose Defendant's Motion to Compel Plaintiff's Executed Medical Authorizations. Defendant has graciously stipulated to the extension.

. . .

. . .

Therefore, the parties respectfully request that the deadline for Plaintiff to oppose Defendant's Motion to Compel Plaintiff's Executed Medical Authorizations be extended by two weeks to June 1, 2021. The deadline for Defendants to file a reply in support of their Motion to Compel will be extended to June 8, 2021.

Dated this 24th day of May, 2021.    Dated this 24th day of May, 2021.

**THE POWELL LAW FIRM**    **MCCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP**

By: /s/ Tom W. Stewart    By: /s/ Jonathan W. Carlson
Paul D. Powell, Esq. (SBN 7488)    Jonathan W. Carlson, Esq. (SBN 10536)
Tom W. Stewart, Esq. (SBN 14280)    Wade M. Hansard, Esq. (SBN 8104)
*Attorneys for Plaintiff*    *Attorneys for Defendant*

### ORDER

On the basis of good cause, IT IS ORDERED that the parties' stipulation is GRANTED. The response to ECF No. 22 is due 6/1/2021; the reply is due 6/8/2021.

IT IS FURTHER ORDERED that the 6/10/2021 hearing on ECF No. 22 is VACATED and CONTINUED to 6/15/2021 at 10:00 AM via Zoom videoconference in a courtroom to be determined.

**IT IS SO ORDERED**

**DATED:** 6:51 pm, May 27, 2021

**BRENDA WEKSLER
UNITED STATES MAGISTRATE JUDGE**