1  McCormick, Barstow, Sheppard,
   Wayte & Carruth LLP
2  Wade M. Hansard
   Nevada Bar No. 8104
3    *wade.hansard@mccormickbarstow.com*
   Jonathan W. Carlson
4  Nevada Bar No. 10536
     *jonathan.carlson@mccormickbarstow.com*
5  8337 West Sunset Road, Suite 350
   Las Vegas, Nevada 89113
6  Telephone:    (702) 949-1100
   Facsimile:    (702) 949-1101
7
   Attorneys for GEICO CASUALTY COMPANY
8

9                  UNITED STATES DISTRICT COURT

10                      DISTRICT OF NEVADA

11

12  CYNTHIA HOUSTON, individually;          Case No. 2:20-cv-01505-GMN-BNW

13             Plaintiff,                    **STIPULATION AND [PROPOSED]
                                             ORDER VACATING HEARING ON
14        v.                                 DEFENDANT'S MOTION TO COMPEL**

15  GEICO CASUALTY COMPANY, a foreign
    corporation; DOES I-X, inclusive; and ROE
16  CORPORATIONS I-X, inclusive;

17             Defendants.

18

19        IT IS STIPULATED AND AGREED by and between Plaintiff CYNTHIA HOUSTON, and

20  Defendant GEICO CASUALTY COMPANY, by and through their respective counsel of record, as

21  follows:

22        Plaintiff has provided the authorizations that formed the basis for Defendant's Motion to

23  Compel.  Accordingly, the hearing on Defendant's Motion to Compel Plaintiff's Executed Medical

24  Authorizations is now moot and the parties agree that the hearing may be vacated.

25  / / /

26  / / /

27  / / /

28  / / /

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
8337 WEST SUNSET ROAD, SUITE 350
LAS VEGAS, NV 89113

1    **IT IS SO STIPULATED AND AGREED**:

2    Dated: June 9, 2021                              THE POWELL LAW FIRM

3

                                                 By:        /s/ *Thomas W. Stewart*
4                                                      _____
                                                      Paul D. Powell, Nevada Bar No. 7488
5                                                      Thomas W. Stewart, Nevada Bar No. 14280
                                                      Attorneys for Plaintiff
6

7    Dated: June 9, 2021                       McCORMICK, BARSTOW, SHEPPARD,
                                                      WAYTE & CARRUTH LLP
8

9                                                By:        /s/ *Jonathan W. Carlson*
                                                      _____
                                                      Wade M. Hansard, Nevada Bar No. 8104
10                                                     Jonathan W. Carlson, Nevada Bar No. 10536
                                                      Attorneys for Defendant
11

12                                            **ORDER**

13        IT IS HEREBY ORDERED that the hearing on Defendant's Motion to Compel scheduled

14   for June 15, 2021 at 10:00 a.m. is VACATED.

         IT IS FURTHER ORDERED that the motion at ECF No. 22 is DENIED as moot.
15
                                            **IT IS SO ORDERED**
16
                                            **DATED:** 3:02 pm, June 11, 2021
17

18

19                                          **BRENDA WEKSLER**
                                            **UNITED STATES MAGISTRATE JUDGE**
20

21

22

23

24

25

26

27

28

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
8337 WEST SUNSET ROAD, SUITE 350
LAS VEGAS, NV 89113

2                                        Case No. 2:20-cv-01505-GMN-BNW
STIPULATION AND [PROPOSED] ORDER VACATING HEARING ON DEFENDANT'S MOTION TO
COMPEL